**Order entered October 5, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00657-CV

**FELIX SORKIN, INDIVIDUALLY, GENERAL TECHNOLOGIES, INC., AND PRECISION-HAYES INTERNATIONAL, INC., Appellants**

**V.**

**P.T. ATLAS MANUFACTURING, L.L.C., Appellee**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-17416**

### ORDER

Before the Court is appellee's October 4, 2021 unopposed motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 1, 2021.

/s/    KEN MOLBERG
        JUSTICE